**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § § § | |
| v. | § § | Criminal No. DKC 07-0172 |
| **MINH-VU HOANG,** **THANH HOANG,** **VAN THANH VU,** **HAI DUC NGO,** | § § § § § | |

**DEFENDANT MINH-VU HOANG'S**
**MOTION FOR SEVERANCE**

Through undersigned counsel, Minh-Vu Hoang hereby files this Motion for Severance Pursuant to Bruton v. United States, 391 U.S. 123 (1968), and, in support of this motion, states:

1.  Minh-Vu Hoang and three others have been charged in a 20-count Second Superseding Indictment with conspiracy to defraud the United States in violation of 18 U.S.C. § 371, tax evasion in violation of 26 U.S.C. § 7201, conspiracy to conceal assets in a bankruptcy proceeding in violation of 18 U.S.C. § 371, concealment of assets and bankruptcy in violation of 18 U.S.C. § 152(1), making a false oath in a bankruptcy case in violation of 18 U.S.C. § 152(2), making false statements in a bankruptcy case in violation of 18 U.S.C. § 152(3), and money laundering in violation of 18 U.S.C. § 1957.

2.  Discovery in this case is voluminous and may contain statements made by Ms. Hoang's co-defendants which could incriminate her and which the government may seek to introduce at trial.

3.  Any such introduction of statements by co-defendants at trial on this case would give rise to confrontation clause rights by Ms. Hoang. Moreover, any defendant who made such

a statement would have a Fifth Amendment right not to testify.  Accordingly, the only appropriate way to ensure that the defendants' constitutional rights are respected, if such statements exist and the government would seek to introduce them, would be to grant a severance in accordance with <u>Burton v. United States</u>, 391 U.S. 123 (1968).

 For the reasons set forth above, Defendant Minh-Vu Hoang respectfully request an order granting severance if there are any statements by her co-defendants that the government would seek to introduce against her, which would incriminate her, consistent with the holding of <u>Burton v. United States</u> and subsequent cases.

April  3, 2009        Respectfully submitted,

           /s/ Matthew G. Kaiser
           By: Matthew G. Kaiser

           Paula Junghans
           Matthew G. Kaiser
           ZUCKERMAN SPAEDER LLP
           1800 M Street N.W.
           Suite 1000
           Washington, DC 20036
           (202) 778-1800
           Fax: (202) 822-8106
           E-mail: mkaiser@zuckerman.com
           *Attorneys for Minh-Vu Hoang*

**CERTIFICATE OF SERVICE**

I certify that on April 3, 2009, I filed the foregoing motion with the Court's CM/ECF system, which caused an electronic copy to be sent to each attorney registered with that system.

/s/ Matthew G. Kaiser_____
Matthew G. Kaiser