**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | **Criminal No. DKC-07-0172** |
| ) | |
| **MINH VU HOANG, et al** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**DEFENDANT MINH VU HOANG'S**
**JOINDER IN DEFENDANT VAN VU'S MOTION FOR SEVERANCE**

Defendant, Minh Vu Hoang, by her undersigned counsel, hereby joins in and adopts the Motion for Severance filed by Defendant Van Vu on December 22, 2009.

/s/ Paula M. Junghans
PAULA M. JUNGHANS
Trial Bar No. 589
Zuckerman Spaeder LLP
1800 M Street N.W., Suite 1000
Washington, DC  20036
202-778-1850 — Telephone
202-822-8106 — Facsimile
pjunghans@zuckerman.com

2466269.1

**CERTIFICATE OF SERVICE**

I certify that on December 22, 2009, I filed the foregoing document with the Court's CM/ECF system, which caused an electronic copy to be sent to each attorney registered with that system.

/s/ Paula M. Junghans_____
Paula M. Junghans

2466269.1