IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA           :
                                   :
       v.                          :      Criminal No. DKC-07-0172
                                   :
MINH VU HOANG                      :
                                   :

**MEMORANDUM**

Minh Vu Hoang filed a Motion for Alternative Sentencing and Downward Departure on July 20, 2012.  ECF No. 270.  The motion requests a modification of the sentence so that Defendant may serve the last 19 months of her sentence on home confinement.  For the reasons that follow, Ms. Hoang is not entitled to relief and the motion will be denied.

On October 14, 2010, this court sentenced Hoang to 60 months imprisonment for her conviction of conspiracy to defraud an agency of the United States.  The sentence was not appealed.

A court may not modify a term of imprisonment once has been imposed unless statutorily prescribed exceptions apply.  18 U.S.C. § 3582(c)(2) allows a court to modify a sentence only: 1) upon motion of the Director of the Bureau of Prisons if "extraordinary and compelling reasons" exist; 2) if otherwise expressly permitted by statute or Federal Rule of Criminal

Procedure 35; or 3) if the sentencing range is subsequently lowered by the Sentencing Commission. None of those provisions is applicable in this case.

Accordingly, this motion provides no basis on which to reduce Ms. Hoang's sentence. The motion will be denied by separate order.

/s/
DEBORAH K. CHASANOW
United States District Judge
